FILED
06/21/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# COMPLAINT FORM

(for filers who are prisoners without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE _Southern_ DISTRICT OF _Indiana_

(Full name of plaintiff(s)):

_Jared Mynatt_

vs.

(Full name of defendant(s))

_Dennis Reagle, M. Bryant, C. Conyers_
_ofc Moser, ofc Alicia, Nurse Heather_

Case Number:

2:23-cv-00318-JPH-MJD

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of _Indiana_, and is located at
   (State)

   _WVCF #1111 Carlisle Ind 47838_
   (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant _D. Reagle Et Al_
   (Name)

Complaint - 1

is (if a person or private corporation) a citizen of _Indiana_____
(State, if known)

and (if a person) resides at _____ _N/A_____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _PCF 4490 Reformatory Rd Pendleton Ind 46064_____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

_See Attachment_

Sec 4(B) (Statement of claim)

On or about July 8, 2021 Plaintiff was subjected to excessive force and inadequate medical care.

Ofc moser and ofc Alicia used force against plaintiff spraying him with mace. After plaintiff submitted to restraints ofc moser and ofc Alicia placed plaintiff in a holding cell for about 45 minutes, then proceeded to take plaintiff to medical. Plaintiff could walk and made several attempts to, however ofc Alicia kept placing his foot between plaintiffs legs, using the restraints to trip plaintiff causing plaintiff to fall. Both ofc moser and ofc Alicia would then laugh at plaintiff. This caused plaintiff to suffer broken toes, immediate bruising and swelling of the foot/ankle area, as well as bleeding.

Upon arriving at medical plaintiff reported the injuries to Nurse Heather. Nurse Heather refused plaintiff any treatment for obvious injuries, stating "Thats what you get, next time dont resist". Ofc moser then stated "Thats what you get".

Plaintiff submitted a medical request on July 9, 2021 for said injuries.

Plaintiff attempted and completed all "available" grievance process

-3-

C.  JURISDICTION

[x] I am suing for a violation of federal law under 28 U.S.C. § 1331.
          OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$_____.

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

Any and All allowable by law

E. JURY DEMAND

☒ Jury Demand – I want a jury to hear my case
   OR

☐ Court Trial – I want a judge to hear my case

Dated this __16__ day of __June__ 20_23_.

Respectfully Submitted,

_____
Signature of Plaintiff

__120001__
Plaintiff's Prisoner ID Number

__WVCF #1111 Carlisle Ind 47838__
_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒ I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I DO NOT request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint - 5